IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Ronda Johnson, et al
    Plaintiff(s)

vs.      Civil No.: JFM-02-1693

A C & S, Inc.
    Defendant(s)

\* \* \* \* \* \*

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this _10th_ day of _September_, 20_02_,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

J. Frederick Motz
United States District Judge

U.S. District Court (Rev. 12/1999) - Administrative Case Closing

