IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RONDA A. JOHNSON, et al., | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. JFM-02-cv-1693 |
| AC&S, INC., et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Becky S. Brelsford only as counsel for Defendant, John Crane Inc. in this action. Deborah L. Robinson, Peter A. Woolson and Robinson Woolson, P.A. remain as counsel for Defendant John Crane Inc.

ROBINSON WOOLSON, P.A.

By: */s/ Peter A. Woolson*
Deborah L. Robinson
Federal Bar No. 02201
Peter A. Woolson
Federal Bar No. 04448
217 East Redwood Street, Suite 1500
Baltimore, Maryland 21202
410.625.0000

Attorneys for Defendant, John Crane Inc.